EXHIBIT INDEX

A. Deposition transcript excerpts of Dr. James Morrison

B. Deposition transcript excerpts of Bryan Butterfield

C. Deposition transcript excerpts of Brian Palmer

D. Deposition transcript excerpts of Scott Crawford And Exhibits 3, 7, and 9 to his deposition

E. Deposition transcript excerpts of Sharie Kunz

F. Deposition transcript excerpts of Dr. Shailesh Shetty

G. Deposition transcript excerpts of Antoine Khoury

H. Deposition transcript excerpts of Jason Karasek

I. Deposition transcript excerpts of Marnie Myhre and Report and Photographs

J. Deposition transcript of Robert O. Andres and Exhibits 1 through 5

K. Packer Engineering Report and Photographs

L. Deposition Exhibit 9 to Joel Carlson's deposition

M. Dr. Gregory Cotterell's treatment note of 11/4/2003

N. Dr. Michael McGrail's treatment note of 11/17/2003

O. Dr. Mary E. Dunn's treatment note of 11/21/2003

P. Dr. Mark Larkins independent evaluation dated 9/7/04

Q. Dr. Patty Atkinson's treatment note of 1/23/04

R. Dr. Miles Belgrade treatment note of 4/23/07

S. Dr. Miles Belgrade note of 11/26/08

T. Dr. Fozia Abrar report of 11/26/08

U.  Dr. Richard Marsh report of 9/22/08

V.  Deposition transcript excerpts of Dr. Bikram Soni

W.  Plaintiff's Supplemental Answers to Defendant's Philip's Interrogatories dated 12/16/2008.